```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    19cr00502 (DLC)
                                          :
              -v-                         :    ORDER
                                          :
JEFREY SANCHEZ-REYES,                     :
                                          :
                    Defendant.            :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

As set forth on the record on December 13, 2019, it is hereby

ORDERED that the defendant shall surrender to the United States Marshal's Office in this district by **2 p.m.** on **January 3, 2020.**

Dated:    New York, New York
          December 13, 2019

                                    _____
                                            DENISE COTE
                                    United States District Judge