```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    19cr0502 (DLC)
                                         :
            -v-                          :    ORDER
                                         :
JEFREY SANCHEZ REYES,                    :
                                         :
                  Defendant.             :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having scheduled the defendant to be sentenced on March 27, 2020, it is hereby

ORDERED that, in light of the COVID-19 outbreak, the defendant's sentencing is adjourned to **June 18, 2020** at **11:00 am.**

IT IS FURTHER ORDERED that any objection to this Order is due Friday, **March 27, 2020.**

Dated:   New York, New York
         March 23, 2020

                              _____
                                     DENISE COTE
                              United States District Judge