```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
 UNITED STATES OF AMERICA,          :
                                    :
           -v-                      :      19cr502 (DLC)
                                    :
 JEFREY SANCHEZ-REYES,              :          ORDER
                                    :
                    Defendant.      :
                                    :
------------------------------------X
```

DENISE COTE, District Judge:

The defendant having informed the Court on June 15, 2020 that he does not consent to proceed to be sentenced via videoconference, it is hereby

ORDERED that the sentencing scheduled for July 17, 2020 is adjourned to Friday, **July 24, 2020** at **12:00 p.m.** to occur in person in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  **To gain entry to 500 Pearl Street, follow the instructions provided here**:

https://nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf.

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse.  Individuals

also much wear face masks at all times in the courthouse unless the Court authorizes their removal.

    IT IS FURTHER ORDERED that defense counsel must advise the Court by Friday, **July 17, 2020,** if there is an expectation that more than **ten** spectators will attend the sentencing. The parties must advise the Court by the same date if there is an expectation that more than **three** individuals will be seated at counsel's tables.

Dated:    New York, New York
           July 13, 2020

                                      _____
                                        DENISE COTE
                              United States District Judge