```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
               -v-                       :      19cr502 (DLC)
                                         :
 JEFREY SANCHEZ-REYES,                   :           ORDER
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On July 17, 2020, defense counsel informed the Court that around ten family and community members are expected to attend the in court sentencing of the defendant on Friday, July 24, 2020 at 12:00 p.m. in Courtroom 18B, 500 Pearl Street.  In light of the ongoing COVID-19 pandemic, it is hereby

ORDERED that, because social distancing must be maintained in the courthouse, no more than ten spectators who must be distanced from each other will be permitted to enter Courtroom 18B.  In other words, no more than ten sets of individuals who reside in the same household will be permitted to enter Courtroom 18B.

IT IS FURTHER ORDERED that members of the press and family members who are not able to attend the in court sentencing of the defendant may listen to the sentencing proceeding through a

telephone link by calling **888-363-4749** and using access code **4324948.**

Dated:   New York, New York
         July 20, 2020

                                                                _____
                                                                    DENISE COTE
                                                United States District Judge