USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA,              :
                                       :
              -v-                      :     19cr502 (DLC)
                                       :
JEFREY SANCHEZ-REYES,                  :
                                       :     ORDER
              Defendant.               :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

On December 23, 2020, Jefrey Sanchez-Reyes, proceeding pro se, moved for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). His motion was denied on January 29, 2021 (the "January 29 Opinion"). In the January 29 Opinion, this Court noted that Sanchez-Reyes had not exhausted his administrative remedies before moving for compassionate release, as required by § 3582(c)(1)(A). This Court further held that even if Sanchez-Reyes had exhausted his administrative remedies, compassionate release would not be warranted because Sanchez-Reyes had not demonstrated "extraordinary and compelling reasons" warranting a sentence reduction. 18 U.S.C. § 3582(c)(1)(A)(i). Finally, the Court concluded that the sentencing factors set forth at 18 U.S.C. § 3553(a) weighed against a reduction.

In a filing dated March 3, 2021, Sanchez-Reyes, now represented by counsel, renewed his motion for compassionate release. Sanchez-Reyes now claims to have exhausted his

administrative remedies. But he fails to address the rest of this Court's analysis in its January 29 Opinion. For the reasons discussed in the January 29 Opinion, the March 3 filing does not provide an extraordinary and compelling reason justifying compassionate release, and the § 3553(a) factors continue to weigh against Sanchez-Reyes's release. Accordingly, it is hereby

ORDERED that the March 3, 2021 motion for compassionate release pursuant to § 3582(c)(1)(A) is denied.

SO ORDERED:

Dated: New York, New York
March 4, 2020

                                                 DENISE COTE
                              United States District Judge