# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 11, 2024

*By ECF and e-mail*

Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Jefrey Sanchez-Reyes*, 19 Cr. 502 (DLC)

Dear Judge Cote:

I write to respectfully request that the Court permit the Probation Office to provide counsel with information concerning the results of Mr. Sanchez-Reyes' drug tests between November 21, 2022 and the present. Specifically, I am requesting (1) a list of all drug tests and the results, whether performed at the treatment program or at the Probation Office; and (2) the toxicology reports for the three most recent tests.

A conference has been scheduled for April 16, 2024 to discuss Mr. Sanchez-Reyes's substance use, and the information will help counsel prepare for that conference. I have contacted the Probation Office to request the first item above, and was informed that a Court Order was required in order for it to share the information.

Thank you for your consideration of this request,

Respectfully submitted,

/s/
Martin Cohen
Ass't Federal Defender
646-588-8317

cc:   Alexandra Rothman, Esq., by e-mail and ECF
      James Mandlik, Esq., by e-mail
      Karen Rosero, U.S. Probation Office, by e-mail
      Hillel Greene, U.S. Probation Office, by e-mail

Approved.
Denise Cote
4/11/24