```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
                -v-                      :     19cr502 (DLC)
                                         :
JEFREY SANCHEZ-REYES,                    :
                                         :     ORDER
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that a conference in this matter is scheduled for April 16, 2024 at 3:00 PM in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
           April 11, 2024

                                                  _____
                                                     DENISE COTE
                                      United States District Judge