UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JEFREY SANCHEZ-REYES,<br>                       Defendant. | **ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**<br><br>19-CR-502-01 (DLC) |

For the reasons set forth on the record at the April 16, 2024, status conference in this matter, it is hereby

ORDERED that the defendant's conditions of supervised release are modified to include a term of in-patient drug treatment for a period of 28 days to begin on April 17, 2024.

IT IS FURTHER ORDERED that the defendant shall follow the directions of the Probation Office regarding the time at which he should report to begin treatment;

IT IS FURTHER ORDERED that the defendant shall continue intensive out-patient treatment as directed by the Probation Office following the completion of in-patient treatment.

Dated: New York, New York
       April 16, 2024

                                                                               Honorable Denise Cote
                                                                               U.S. District Judge