```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
              -v-                       :       19cr502 (DLC)
                                        :
JEFREY SANCHEZ-REYES,                   :
                                        :           ORDER
                 Defendant.             :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The defendant having entered an in-patient drug treatment facility on April 17 for a period of 28 days, it is hereby

ORDERED that the conference in this matter scheduled for April 23 is cancelled.

IT IS FURTHER ORDERED that the Government shall file a status letter in this case no later than 1 week after the defendant has exited the treatment facility, but in any event no later than May 24, 2024.

Dated:   New York, New York
         April 23, 2024

                                     _____
                                              DENISE COTE
                                     United States District Judge