```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
              -v-                       :     19cr502 (DLC)
                                        :
JEFREY SANCHEZ-REYES,                   :
                                        :        ORDER
                   Defendant.           :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a conference in this matter is scheduled for September 24, 2024 at 11:00 AM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         September 18, 2024

*(signed)*
DENISE COTE
United States District Judge