```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
              -v-                        :      19cr502 (DLC)
                                         :
 JEFREY SANCHEZ-REYES,                   :
                                         :              ORDER
                      Defendant.         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the conference in this matter scheduled for September 24 is adjourned to September 26, 2024 at 4:00 PM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         September 23, 2024

_____
DENISE COTE
United States District Judge