```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
 UNITED STATES OF AMERICA,                :
                                          :
              -v-                         :      19cr502 (DLC)
                                          :
 JEFREY SANCHEZ-REYES,                    :
                                          :         ORDER
                      Defendant.          :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the conference in this matter scheduled for September 26 is adjourned to October 1, 2024 at 2:00 PM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         September 25, 2024

_____
DENISE COTE
United States District Judge