UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>Jefrey Sanchez-Reyes,<br><br>                    Defendant. | **ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**<br><br>19-CR-502-01 (DLC) |

For the reasons set forth on the record at the November 8, 2024, status conference in this matter, it is hereby

ORDERED that the defendant's conditions of supervised release are modified to include a term of in-patient drug treatment to begin the week of November 15, 2024, for a period of at least 90 days, or until the Probation Office, in its discretion, deems necessary, or upon further Order of the Court.

IT IS FURTHER ORDERED that the defendant shall follow the directions of the Probation Office regarding the time at which he should report to begin treatment;

IT IS FURTHER ORDERED that the defendant shall continue out-patient treatment as directed by the Probation Office following the completion of in-patient treatment.

Dated: New York, New York
November 14, 2024

_____
Honorable Denise Cote
U.S. District Judge