# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 14, 2025

*By ECF*

Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Jefrey Sanchez-Reyes*, 19 Cr. 502 (DLC)

Dear Judge Cote:

    I write to respectfully request that the Court direct the Probation Office to provide all records related to the specifications set forth in the Amended Violation Report dated July 25, 2025, including (1) all drug test reports and related materials for drug tests performed on Mr. Sanchez between February 27, 2023 and the present, including but not limited to the dates set forth in specifications 1 and 4 of the violation report; and (2) the Probation Office's chronological file concerning relevant interactions with Mr. Sanchez between February 27, 2023 and the present. *See* Fed. R. Crim P. 32.1(b)(2)(B) (defendant entitled to "disclosure of the evidence against the person.").

    Thank you for your consideration of this request,

Respectfully submitted,

/s/
Martin Cohen
Ass't Federal Defender
646-588-8317

*[Handwritten: Granted. Denise Cote 8/18/25]*

cc:   Alexandra Rothman, Esq., by e-mail and ECF
      Karen Rosero, U.S. Probation Office, by e-mail