```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                -v-                     :      19cr502 (DLC)
                                        :
JEFREY SANCHEZ-REYES,                   :
                                        :      ORDER
                Defendant.              :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

As discussed at the July 29, 2025 conference it is hereby

ORDERED that the defendant shall notify the Government, Probation Officer, and the Court by August 22, 2025 whether the defendant will be admitting to a violation of supervised release.

IT IS FURTHER ORDERED that the next conference will be held on **September 9, 2025 at 2:30 PM** in Courtroom 18B, 500 Pearl Street. At that time, the defendant will enter his admission or a hearing on the specifications will be held.

Dated:   New York, New York
         August 18, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge