```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
                -v-                      :     19cr502 (DLC)
                                         :
JEFREY SANCHEZ-REYES,                    :
                                         :        ORDER
                Defendant.               :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the defendant's letter of September 2, 2025 and the Government's letter of September 4, it is hereby

ORDERED that the hearing scheduled for September 9, 2025 will proceed as scheduled. The parties will be heard at that time as to whether a second hearing date is required.

IT IS FURTHER ORDERED that the parties shall disclose any potential witnesses for the hearing to each other and the Court by 5:00 PM on September 5, 2025.

Dated:   New York, New York
         September 4, 2025

_____
DENISE COTE
United States District Judge