```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :   19cr502(DLC)
    UNITED STATES OF AMERICA,           :
                                        :        ORDER
              -v-                       :
                                        :
    JEFREY SANCHEZ-REYES,               :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

For the reasons set forth on the record on September 10, 2025 after a hearing on the specifications of violation of supervised release, it is hereby

ORDERED that the defendant Jefrey Sanchez-Reyes (DOB 2/28/1978) is remanded to the custody of the United States Marshal's Service.

Dated:   New York, New York
         September 10, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　　　United States District Judge